26551. STEPHENS *v.* THE STATE.

MacIntyre, J. The evidence amply supported the verdict finding the defendant guilty of driving an automobile on a public highway while under the influence of intoxicating liquor. The court did not err in overruling the motion for new trial, which contained the general grounds only.    *Judgment affirmed. Broyles, C. J. and Guerry, J. concur.*

DECIDED FEBRUARY 15, 1938.

*Henry L. Barnett,* for plaintiff in error.
*J. Ralph Rosser, solicitor-general,* contra.